# UNITED STATES DISTRICT COURT
## District of Minnesota

WALTER E. WEYRAUCH,

Plaintiff(s)

-vs-

Civil Action 01-1134 MJD/JGL

CIGNA LIFE INSURANCE COMPANY OF NEW YORK,

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that CIGNA LIFE INSURANCE COMPANY OF NEW YORK defendant(s) is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against CIGNA LIFE INSURANCE COMPANY OF NEW YORK.

this 18 day of MARCH, 20 02.

RICHARD D. SLETTEN, CLERK

By E. Knoblauch

E. KNOBLAUCH , Deputy Clerk