# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

WALTER E. WEYRAUCH, Plaintiff,

v.

CIGNA LIFE INSURANCE COMPANY OF NEW YORK, Defendant.

CASE NO. 01-CV-1134 (MJD/SRN)

**STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND**

Defendant Cigna Life Insurance Company of New York ("CIGNA") and plaintiff Walter E. Weyrauch, by and through their undersigned counsel, hereby stipulate and agree and move the Court as follows:

1. The time within which Defendant CIGNA may answer, plead, or otherwise respond to Plaintiff's Complaint may be extended up to and including October 14, 2002.

2. The Court may enter the aforesaid extension of time in the form of the agreed Order below.

Dated: 09.30., 2002

**FAISANI, BALMER, PETERSON & QUINN**

James W. Balmer (Reg. No. 4376)
1200 Alworth Building
306 West Superior Street
Duluth, Minnesota 55802
(218) 723-1990

**Attorneys for Plaintiff Walter E. Weyrauch**

FILED OCT 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

Dated: September 27, 2002

**HINSHAW & CULBERTSON**

Brian L. Lindberg Reg. No. 286874
3100 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, Minnesota 55402
(612) 333-3434

**Attorneys for Defendant Cigna Life Insurance Company of New York**

**ORDER**

Pursuant to the Stipulation of the parties, it is hereby ORDERED that the time within which Defendant Cigna Life Insurance Company of New York may answer, plead, or otherwise respond to Plaintiff's Complaint shall be and hereby is extended to October 14, 2002.

Dated: Oct. 7, 2002.

BY THE COURT:

Magistrate Judge of the United States District Court