UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| WALTER E. WEYRAUCH,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendant. | ) | Court File No. 01-CV-1134 MJD/JGL<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF PRETRIAL ORDER** |

Defendant Cigna Life Insurance Company of New York ("CIGNA") and plaintiff Walter E. Weyrauch, by and through their undersigned counsel, hereby stipulate and agree and move the Court as follows:

WHEREAS, on October 17, 2003, defendant CIGNA timely served its initial moving papers upon plaintiff, in which CIGNA moves this Court for summary judgment as to plaintiff's ERISA claims regarding entitlement to certain long term disability benefits;

WHEREAS, on November 6, 2003, plaintiff served upon CIGNA his responsive brief and his Motion for Summary Judgment, in which plaintiff moves this Court for an order granting plaintiff summary judgment on his ERISA claims;

WHEREAS, the parties believe that this matter would be most efficiently resolved by summary judgment;

WHEREAS, the Pretrial Order in connection with this matter states that, "[u]ntil further notice," dispositive motions heard, in accordance with the local rules, prior to December 1, 2003";

FILED NOV 24 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

WHEREAS, as a result of the timing of the briefing schedule relating to plaintiff's motion, and in order to avoid possible conflict with respect to the timeliness of the pending motions, the parties have agreed that it is appropriate to request an extension of the deadline for dispositive motions under the Court's Pretrial Order, in order to fully brief the matter and to obtain a timely hearing date;

WHEREAS, the parties jointly stipulate to and propose to the Court the following amendment to the Court's Pretrial Order;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Walter E. Weyrauch and defendant CIGNA Life Insurance Company of New York, as follows:

1. That the Pretrial Order, entered and filed by United States Chief Magistrate Judge Jonathan Lebedoff, be amended to extend the deadline for noticing, serving, filing and hearing of dispositive motions until March 1, 2004.

2. The Court may enter the aforesaid extension of time in the form of the agreed Order below.

Dated: November 20, 2003.

**FALSANI, BALMER, PETERSON & QUINN**

James W. Balmer Reg. No. 4376
Matthew P. Bandt Reg. No. 306940
1200 Alworth Building
306 West Superior Street
Duluth, Minnesota 55802
(218) 723-1990

**Attorneys for Plaintiff Walter E. Weyrauch**



121084243v1 818664

Dated: November 18, 2003.

**HINSHAW & CULBERTSON**

Brian L. Lindberg Reg. No. 286874
3100 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, Minnesota 55402
(612) 333-3434

**Attorneys for Defendant Cigna Life Insurance Company of New York**

**ORDER**

Having considered the Stipulated Motion for Extension of the Pretrial Order and good cause appearing therefore, pursuant to the Stipulation of the parties, it is hereby ORDERED that the time within which dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, shall be and hereby is extended to March 1, 2004.

Dated: Nov. 24, 2003.

BY THE COURT:

The Honorable Jonathan Lebedoff
Chief U.S. Magistrate Judge



121084243v1 818664

For Immediate Release
October 30, 2003

# PRESS RELEASE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 South Fourth Street, Suite 202, Minneapolis, Minnesota
Contact: Richard D. Sletten, Clerk, (612) 664-5026

## FEDERAL COURT AMENDS LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the approval, of amendments to its local rules of practice recommended by the Court's Federal Practice Committee chaired by Minneapolis Attorney Jeff Keyes of the Briggs and Morgan law firm.

Local Rules 67.1 and 83.11 amendments:

### LR 67.1 MONEY PAID INTO COURT

Unless otherwise ordered by the Court, all monies coming into the registry of this Court shall be deposited in an interest bearing account in a depository approved by the Treasurer of the United States, subject to withdrawl by checks drawn by the Clerk of Court pursuant to orders of the Court. The Clerk of Court shall deduct from the income earned on the investment a registry fee, as set by the Director of the Administrative Office of the United States Courts. The fee will be deducted when funds are withdrawn and distributed. For further registry fee information, refer to the Guide to Judiciary Policy and Procedures Chapter VII, Financial Management, Part I, Registry Funds.

### LR 83.11 DIVISIONS, OFFICES OF THE CLERK, CALENDARS

(a) Divisions. The State of Minnesota constitutes one judicial district, divided into six divisions. Cases in this District are assigned to particular divisions and particular judges pursuant to the Order for Assignment of Cases that has been adopted by the Judges of the District Court. The Order for Assignment of Cases may be modified from time to time as the District Court Judges see fit.

(b) Offices of the Clerk. The Clerk of Court maintains offices in St. Paul, Minneapolis, and Duluth. The St. Paul, Minneapolis and Duluth offices are open from 8:00 a.m. to 5:00 p.m. All offices are open Monday through Friday, with the following exceptions: New Year's Day; Martin Luther King, Jr.'s Birthday; President's Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veterans Day; Thanksgiving Day; and Christmas Day.

The files for matters pending before the Court are maintained in the office in the division to which the case is assigned. However, papers relative to any case may be filed in any office.

(c) Calendars. The Court operates on an individual calendar system. Judges in active service are assigned and assume responsibility for their proportionate share of the total cases filed in the district. Inquiries as to motions, probable trial date, or other matters having to do with a particular case may be addressed to the deputy clerk serving as calendar clerk for the Judge to whom the case has been assigned.