**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

WALTER E. WEYRAUCH,

Plaintiff,

v.

**ORDER**
Civil File No. 01-1134(MJD/JGL)

CIGNA LIFE INSURANCE COMPANY
OF NEW YORK,

Defendant.

---

JAMES W. BALMER, Falsani, Balmer, Peterson & Quinn, Counsel for the Plaintiff.

Brian L. Lindberg, Hinshaw & Culbertson, LLP, Counsel for the Defendant.

---

The above-entitled matter comes before the Court for review of the February 13, 2004, Amended Report and Recommendation of Chief United States Magistrate Judge Jonathan Lebefoff.

The Plaintiff has filed objections to the Chief Magistrate Judge's recommendation. In particular, the Plaintiff asserts that the Chief Magistrate Judge's finding "failed to resolve all reasonable factual inferences in favor of the Plaintiff, as required by F.R.Civ.P. 56." (Pl.'s Objections to Am. R & R at 1). Plaintiff also contest the Chief Magistrate Judge's finding that the plaintiff failed

to make his claim in a reasonable time. Lastly, the Plaintiff objects to the Chief Magistrate Judge's finding that the Defendant was prejudiced by the Plaintiff's late claim.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review, the Court **ADOPTS** the Chief Magistrate Judge's February 13, 2004, Amended Report and Recommendation.

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment [Docket No. 25] is **GRANTED**.
2. Plaintiff's Motion for Summary Judgment [Docket No. 27] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: March 23, 2004

/s/ Michael J. Davis
Judge Michael J. Davis
United States District Court