O AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Walter E. Weyrauch

V.

Cigna Life Insurance Company of New York

## JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-1134 MJD/JGL

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1) Defendant's Motion for Summary Judgment is granted.
2) Plaintiff's Motion for Summary Judgment is denied.

August 4, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Jackie Mehl
(By) Jackie Mehl, Deputy Clerk