UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil File No: 01-CV-1134

---

WALTER E. WEYRAUCH,

PLAINTIFF,

Case No.: 01-CV-1134 MJD/JGL

vs.

**NOTICE OF APPEAL**

CIGNA LIFE INSURANCE COMPANY
OF NEW YORK,

DEFENDANT.

---

Notice is hereby given that Walter E. Weyrauch, Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the Fourth day of August, 2004.

FALSANI, BALMER, PETERSON, QUINN & BEYER

Dated: August 31, 2004

s/James W. Balmer
James W. Balmer (#4376)
Attorney for Plaintiff/Appellant
1200 Alworth Building
306 West Superior Street
Duluth, MN 55802
(218) 723-1990