U. S. COURT OF APPEALS -EIGHTH CIRCUIT Appeal Docket No.

APPELLANT'S FORM A

Appeal Information Form

To be filed with the Notice of Appeal

**Make 3 copies of completed form**

STYLE OF CASE

Walter E. Weyrauch Appellant/Apellee

vs

Cigna Life Insurance Compar

Appellant/Apellee

COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER

James W. Balmer, Esq.
Falsani, Balmer, Peterson, Quinn & Beyer
1200 Alworth Building

COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER

Scott R. Carlson
Hinshaw & Colbertson
222 South Ninth Street, Suite 3100
Minneapolis, Minnesota 55402

LIST ISSUES ON APPEAL (For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b) (3). ☐ Yes ☑ No

Whether District Court erred, as a matter of law, in granting summary judgment in favor of Defendant/Appelle, when it had not shown actual prejudice resulted from Plaintiff's/Appellant's alleged delay in claiming long-term benefits.

FOR LEAD COUNSEL ONLY

I ☐ have ☑ have not discussed settlement possibilities on appeal with my client.

This appeal ☑ is (☐is not) amenable to settlement.

Submitted by James W. Balmer 08-31-04

Signature of lead counsel Date

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B).
If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed.
Forms are available at the District Court Clerk's Office and may also be obtained electronically at: www.ca8.uscourts.gov
Copy I - Send to Appellee (together with an uncompleted Form B)
Copies 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
Copy 4 - Retain