-erso

EYS AT

Superior
723-199(
8) 723-1(
TrialLawy

Wed Sep 15 11:30:31 2004

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 700 432708
Cashier deborah

Check Number: 44247

DO Code Div No
4641 4

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 105.00 |
| 2:510000 | N | 2 | 150.00 |

Total Amount $ 255.00

FALSANI BALMER PETERSON & QUINN/ 01CV11
34 MJD/JGL

APPEAL TO THE EIGHTH CIRCUIT

Robert C. Fal
James W. Bal
James B. Pet
Sean M. Quir
Eric W. Beyer
Matthew P. B
Bill L. Thomp
Tanna B. Sch

SCANNED
SEP 15 2004
U.S. DISTRICT COURT MPLS

ife Ins. Co

/JGL)