# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## TRANSMITTAL INFORMATION SHEET

**Date:** July 7, 2005

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Mary Kaye Conery, U.S. District Court - Minnesota

**In Re:** District Court Case No.: 01-1134 MJD/JGL
Eighth Circuit Case No.:
Case Title: Weyrauch v. Cigna Life

---

TRANSMITTED HEREWITH:

_x_ Original File(s), consisting of 1 file(s) + 1 expandable .

___ Two certified copies, and one uncertified copy of updated docket sheet from

___ Designated Clerk's Record #

___ Other:

_x_ Transcript(s): (Listed below or on attached list)

| Volume | Date | Proceeding |
|---|---|---|
| 1 | 5/24/02 | |

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ______________________________

Date Returned to USDC: ________________