**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
**CLERK'S OFFICE**

**RECORDS TRANSMITTAL SHEET**

**DATE:** August 3, 2005

RE: 04-3182 Walter Weyrauch vs. CIGNA Life Ins. Co.

**TO:** Mr. Richard Sletten

**FROM:** James Foster

Enclosed are the following records for return to your office:

Original file: 1 vol.and 1 exp. folder Transcript:

Deposition: Sealed:

Exhibits:

Other:

[ ] Case closed [ ] Counsel appointed

[ ] Per your request [ ] Return to this office

Enclosure(s)

(5218-010199)

District Court/Agency Case Number(s): CIV 01-1134 MJD/JGL

jjf

SCANNED
U.S. DISTRICT COURT DULUTH

RECEIVED
05 AUG -8 AM 10: 2
CLERK U.S. DIST. COURT
DULUTH, MN

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
417 Federal Building
515 W. First Street
Duluth, MN 55802-1397

----------------------------