IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| WALTER E. WEYRAUCH, | ) | |
| | ) | Court File No. 01-CV-1134 MJD/JGL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO DISMISS WITH** |
| | ) | **PREJUDICE PURSUANT TO** |
| CIGNA LIFE INSURANCE COMPANY | ) | **SETTLEMENT** |
| OF NEW YORK, | ) | |
| | ) | |
| Defendant. | ) | |

Now come the parties, Walter E. Weyrauch, by his counsel, and CIGNA Life Insurance Company of New York, by its counsel, and stipulate that this action be dismissed, with prejudice, each party to bear its own costs, pursuant to the parties' settlement agreement.

Mr. James W. Balmer
Falsini, Balmer, Peterson, Quinn & Beyer
1200 Alworth Building
306 West Superior Street
Duluth, MN 55802
218-723-1990
218-723-1931 (Fax)

Respectfully submitted:

WALTER E. WEYRAUCH

By: s/James W. Balmer
One of his attorneys

Daniel K. Ryan
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Ste. 300
Chicago, IL 60601
312-704-3000
312-704-3001 (Fax)

Respectfully submitted:

CIGNA LIFE INSURANCE COMPANY OF NEW YORK

By: s/Daniel K. Ryan
One of its attorneys