IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| WALTER E. WEYRAUCH, | ) | |
| | ) | Court File No. 01-CV-1134 MJD/JGL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CIGNA LIFE INSURANCE COMPANY | ) | |
| OF NEW YORK, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the parties' settlement and stipulation, this action is dismissed with prejudice, each party to bear its own costs.

LET JUDGMENT BE ENTERED.

Dated: February 2, 2006                    s / Michael J. Davis
                                           MICHAEL J. DAVIS
                                           United States District Court Judge