IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| WALTER E. WEYRAUCH,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Court File No. 01-CV-1134 MJD/JGL |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the parties' settlement and stipulation, this action is dismissed with prejudice, each party to bear its own costs.

LET JUDGMENT BE ENTERED.

Dated: February 2, 2006

s / Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge