UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No.: 01-1134 (MJD/SRN)

WALTER WEYRAUCH,

Plaintiff.

v. **ORDER**

CIGNA LIFE INSURANCE COMPANY OF NEW YORK,

Defendant.

---

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Susan R. Nelson is designated to conduct hearings on all dispositive motions concerning the above captioned case. In regard to dispositive motions, Magistrate Judge Nelson is to submit proposed findings of fact and recommendations of law on the motions previously listed. Any such motions shall be noticed for hearing before Magistrate Judge Susan R. Nelson.

Dated: April 26, 2006

s / Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge